UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 DOUGLAS HEARD,

        Defendant.
_____/

Case: 2:22-cr-20433
Judge: Drain, Gershwin A.
MJ: Altman, Kimberly G.
Filed: 08-24-2022 At 03:01 PM
USA V SEALED MATTER (LG)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*(21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute)*

D-1 DOUGLAS HEARD

On or about January 11, 2022, in the Eastern District of Michigan, the defendant, Douglas Heard, did knowingly and intentionally possess with intent to distribute a controlled substance, specifically, 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in

violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWO
*(21 U.S.C. § 841(a)(1) – Possession of Fentanyl with Intent to Distribute)*

D-1 DOUGLAS HEARD

On or about January 11, 2022, in the Eastern District of Michigan, and elsewhere, the defendant, Douglas Heard, did knowingly and intentionally possess with intent to distribute a controlled substance, specifically, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimede, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

## COUNT THREE
*(21 U.S.C. § 856(a)(1)-Maintaining a Drug Premises)*

D-1 DOUGLAS HEARD

On or about January 11, 2022, in the Eastern District of Michigan, the defendant, Douglas Heard, did unlawfully and knowingly use and

maintain a place located at 91 Inches St., Mount Clemens, Michigan, for the purpose of manufacturing, distributing, and using controlled substances, including N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimide, commonly known as fentanyl, and methamphetamine, in violation of Title 21, United States Code, Section 856(a)(1).

    THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Benjamin Coats*
Benjamin Coats
Chief, Drug Task force Unit

*s/ John N. O'Brien II*
John N. O'Brien II,
Assistant United States Attorney

Dated: August 24, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:22-cr-20433<br>Judge: Drain, Gershwin A.<br>MJ: Altman, Kimberly G.<br>Filed: 08-24-2022 At 03:01 PM<br>USA V SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: JO |

**Case Title:** USA v. Douglas Heard

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 24, 2022
Date

John O'Brien
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9715
E-Mail address: John.Obrien@usdoj.gov
Attorney Bar #: P39912

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.